1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

Hon. James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE,

        Plaintiff,

    v.

THOSE CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON, SUBSCRIBING TO
POLICY NO. PK1027719,

        Defendant.

NO.  2:23-CV-01563 JLR

STIPULATED MOTION FOR ORDER
ESTABLISHING BRIEFING SCHEDULE
ON MOTION TO APPOINT
ARBITRATION UMPIRE

NOTE ON MOTION CALENDAR:
October 18, 2023

Pursuant to LCR 7(d)(1) and LCR 10(g), Plaintiff City of Seattle (the "City") and Defendant Those Certain Underwriters at Lloyd's, London, Subscribing to Policy No. PK1027719 ("Underwriters") (collectively, the "Parties") stipulate and jointly move for an Order establishing a briefing schedule on the City's Motion for Appointment of Arbitration Umpire ("Motion").

The City filed its Motion in King County Superior Court on September 22, 2023.  Dkt. 1-3.  Service on Underwriters was accomplished on September 25, 2023.  Dkt. 1-3 at 3.  Underwriters timely removed the matter to this Court on October 12, 2023.  Dkt. 1.  The Parties agree that jurisdiction and venue are now properly lodged in this Court.

The Parties have met and conferred and jointly move for an Order establishing the following briefing schedule.

STIPULATED MOTION FOR ORDER
ESTABLISHING BRIEFING SCHEDULE ON MOTION
TO APPOINT ARBITRATION UMPIRE - 1

GORDON
TILDEN
THOMAS
CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

- The Parties agree that the City's original Motion and supporting declarations, filed in King County Superior Court, shall stand as its Motion for Appointment of Arbitration Umpire in this Court.  *See* Dkt. 1-2.

- Underwriters shall file a Response on October 25, 2023.  Underwriters' Response shall be limited to 4,200 words.

- The City shall file a Reply on November 2, 2023.  The City's Reply shall be limited to 2,100 words.

- Underwriters' Response and the City's Reply shall use November 2, 2023, as the noting date.

IT IS SO ORDERED this 23rd day of October 2023.

_____

THE HONORABLE JAMES L. ROBART

DATED: this 18th day of October, 2023

By:  *s/Franklin D. Cordell*
    Franklin D. Cordell, WSBA #23692
    Greg D. Pendleton, WSBA #38361
    GORDON TILDEN THOMAS &
    CORDELL LLP
    600 University Street, Suite 2915
    Seattle, WA 98101
    Telephone: 206.467.6477
    forcdell@gordontilden.com
    gpendleton@gordontilden.com

    Attorneys for Plaintiff City of Seattle

By:  *s/Kellan Byrne*
    Kellan Byrne, WSBA #49825
    WOOD, SMITH, HENNING
    & BERMAN LLP
    801 Kirkland Avenue
    Kirkland, WA 98033
    Telephone: 206-204-6800
    kbyrne@wshblaw.com

    Attorneys for Defendant Certain Underwriters at Lloyd's, London Subscribing to Policy No. PK1027719

    We certify that this memorandum contains 209 words, in compliance with the Local Civil Rules.

STIPULATED MOTION FOR ORDER
ESTABLISHING BRIEFING SCHEDULE ON MOTION
TO APPOINT ARBITRATION UMPIRE - 2

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477