UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>THOSE CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. PK1027719,<br><br>　　　　　　Defendant. | CASE NO. C23-1563JLR<br><br>ORDER |

Before the court is Plaintiff City of Seattle's renewed motion for appointment of an arbitration umpire. (Mot. (Dkt. # 17); Reply (Dkt. # 18).) Defendant Those Certain Underwriters at Lloyd's London Subscribing to Policy No. PK1027719 filed an untimely opposition brief, in which it recognized that the court may "construe the untimely filing as an admission that an umpire should be chosen from the City's candidates." (Resp. (Dkt. # 19) at 1-2.) Of Plaintiff's chosen candidates, Defendant prefers the Honorable

ORDER - 1

Dean S. Lum (Ret.) due to his background with insurance cases. (*Id.* at 2.) The court has considered the City's submissions, the relevant portions of the record, and the governing law. Being fully advised, the court APPOINTS Judge Lum to act as an umpire for the parties' arbitration.

Dated this 1st day of April, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2